# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-0144-CG-B |
| F/V JOHN ADAULPH, her engines, boilers, tackle, furniture, appurtenances, etc., in rem, ) ) ) | |
| Defendant. ) | |

## ORDER FOR WARRANT OF ARREST

This cause is before the court on the plaintiff's motion for issuance of writ of arrest against the F/V JOHN ADAULPH, Official No. 1148214, filed on March 9, 2006. (Doc. 3)

Upon review of the verified pleadings, it appearing to the court that the conditions for an action in rem pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of said rules do exist, and the court is of the opinion that plaintiff's requests are due to be **GRANTED**. It is, therefore, **ORDERED** that the Clerk of Court issue a Warrant of Arrest against the F/V JOHN ADAULPH her engines, boilers, tackle, furniture, appurtenances, etc., and all property aboard said vessel belonging to the defendants.

**DONE and ORDERED** this 9th day of March, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE