IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | 06-0144-CG-B |
| | § | |
| **F/V JOHN ADAULPH, her engines, tackle, boilers, furniture, appurtenances, etc.,** *in rem*, | § | *IN REM* |
| | § | |
| Defendant. | § | |

**DECREE CONFIRMING SALE**

WHEREAS, pursuant to the Order of this Court (Doc. 19) the United States Marshal sold the F/V JOHN ADAULPH at judicial sale on June 7, 2006 to Hickory Island Boating Services, LLC, for the sum of EIGHTY THOUSAND DOLLARS AND NO /100 DOLLARS ($80,000.00), which was the highest bid offered at said sale, and there having been no written objections filed within five (5) business days of the date of the sale, and that Hickory Island Boating Services, LLC, has performed the terms of its purchase;

IT IS HEREBY **ORDERED, ADJUDGED** and **DECREED** that the sale of the F/V JOHN ADAULPH to Hickory Island Boating Services, LLC, should be and hereby is **CONFIRMED**.

The United States Marshal having issued a Bill of Sale (Doc. 25) free and clear from all encumbrances and liens as proper legal conveyance to Hickory Island Boating Services, LLC or its successor in title, the F/V JOHN ADAULPH, her engines, machines, fittings, tackle and all

other appurtenances thereto belonging;

**IT IS ORDERED** that the F/V JOHN ADAULPH, Official Number 1148214, be and the same is hereby released from seizure, and that the court appointed, substitute custodian Steiner Shipyard, Inc., deliver possession of the F/V JOHN ADAULPH to Hickory Island Boating Services, LLC, or its successor in title, as may be appropriate.

**DONE and ORDERED** this 15th day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE